UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60909-CV-UNGARO-BENAGES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ONE RESIDENCE LOCATED AT
3384 NW 69TH AVENUE
MARGATE, FLORIDA 33063-8023,

    Defendant.
_____/

## JUDGMENT OF FORFEITURE AGAINST THE DEFENDANT PROPERTY

THIS CAUSE is before the Court on the United States' motion for entry of judgment of forfeiture against the defendant property. The Court has considered the record in this matter and being duly advised in the premises, finds that:

1. On June 22, 2006, the United States filed a complaint for forfeiture in rem against the defendant property located at One Residence Located at 3384 NW 69th Avenue Margate, Florida 33063-8023 alleging the property was forfeitable pursuant to Title 21 United States Code, Section 881(a)(6), and Title 31, United States Code, Section 5317(c)(2), since Enrique Valcarcel attempted to purchase it with narcotics proceeds, and/or the property was involved in a currency reporting violation. See DE No.1.

2. On July 5, 2006, the Court issued a Summons In Rem for the defendant property. See DE No. 4.

3. On August 10, 2006, a copy of the complaint and summons in rem was posted at the defendant property by the United States Marshals Service. DE No. 12.

4.	On August 22, 2006, the Public Notice of the complaint and summons in rem of the defendant property was published in the Broward Daily Business Review, a newspaper of general circulation.

5.	The proof of publication for the Public Notice of Action and Arrest was filed with the Court on September 7, 2006. See DE No. 15.

6.	On July 18, 2006 a consent of forfeiture was filed by Mario Perez and Yoly Muina-Perez, husband and wife, the listed title holders and owners of the defendant property. See DE No. 7

7.	On July 27, 2006, a verified claim was filed by Mario Perez and Yoly Muina-Perez alleging to be the owners of the defendant property. See DE No. 8.

8.	On November 1, 2006, an expedited-stipulation settlement agreement between the United States and Mario L. Perez and his wife Yoly Muina-Perez was filed with the Court. See DE No. 23. The United States agreed therein to recognize the Perez' as innocent owners and pay them the sum of $5,000.00 through a check payable to Joaquin Mendez, P.A., Trust Account.

9. On November 5, 2006, the Court issued an order approving the stipulation between the Perez' and the United States. See DE No. 24.

10.	On August 18, 2006, a verified claim was filed by Enrique Valcarcel alleging to have contract rights to purchase the defendant property. See DE No. 11.

11.	On September 22, 2006, a notice of withdrawal of claim was filed by Enrique Valcarcel with the Court regarding his alleged interest in the defendant property. See DE No. 17.

12. On October 31, 2006, an expedited-stipulation settlement agreement between the United States and Wells Fargo Home Mortgage was filed with the Court. See DE No. 19. In the stipulation, the United States agreed, among other things, to recognize Wells Fargo Home Mortgage as an innocent owner, as the mortgagee whose debt from the Perez in the amount of $80,099.25, plus interest, etc., was outstanding, and to pay them in full shortly after entry of the judgment of forfeiture in this matter

13. On October 31, 2006, an order was issued which approved the expedited-stipulation settlement agreement between Wells Fargo Home Mortgage and the United States.

Accordingly, based upon the findings of this Court, the motion of the United States and the record in this matter, it is hereby

ORDERED, ADJUDGED and DECREED that given the expiration of the publication deadline, and that the interests of three parties that appeared in this matter were resolved through the two stipulations of settlements with the United States, in the case of Wells Fargo, and Mario Perez & his wife, Yoli Muina-Perez, and through the withdrawal of claim and waiver of rights to the defendant property, in the case of Enrique Valcarcel, clear title to the defendant property is conveyed to the United States through the entry of this Judgment. It is further ORDERED, ADJUDGED and DECREED that all right, title and interest in the defendant property, are hereby transferred, forfeited to and vested in the United States of America pursuant to Title 21, United States Code, Section 881(a)(6), Title 31, United States Code, Section 5317(c)(2), and Title 18, United States Code, §981(a)(1)(A).

The United States Marshals Services, or any other duly authorized law enforcement agency, shall dispose of the forfeited property in accordance with law, and subject to the remaining rights of Wells Fargo Home Mortgage, and the rights of Mario L. Perez and Yoly Muina-Perez..

DONE AND ORDERED this 15th day of November, 2006, in Chambers, at the United States District Courthouse, in Miami-Dade County, Florida.

_____
URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

cc:   AUSA William H. Beckerleg, Jr. (3 certified copies)
      Joaquin Mendez, Esq.
      Jorge A. Calil, Esq.
      Gregg Dreillinger, Esq.